DAMOUTH v. KLOCK.

## Emily Damouth and others v. Mary Klock and others.

*Partition: Decree: Final order: Appeal.* A decree in a partition suit which fixes the respective rights of the parties, although it contains an order of reference to take an accounting as to rents and profits, and to ascertain whether an actual partition is practicable, or whether a sale and distribution of proceeds is necessary, is such a final order or decree as is appealable under our statute.

*Heard October 14. Decided October 17.*

Appeal in Chancery from Barry Circuit.

This was a bill for partition, and the decree appealed from was one establishing the title to the lands described, and fixing the respective rights of the parties; but it also ordered a reference to take an accounting as to rents and profits, etc., and to ascertain whether an actual partition was feasible, or whether, in lieu thereof, a sale of the lands and a distribution of the proceeds would be more advantageous to the parties.

*H. Wright,* for complainants, moved to dismiss the appeal, on the ground that the decree or order is not final.

*L. D. Norris,* for defendants, *contra.*

THE COURT held that the order or decree was final, and appealable under our statute.

Motion denied, with costs.